UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,

    Plaintiffs,

v.

BERND APPLEBY, et al.,

    Defendants.

Case No. 16-cv-02090-JST

**ORDER GRANTING EMERGENCY EX PARTE APPLICATION OF DEFENDANTS TO EXTEND TIME TO RESPOND TO COMPLAINT**

Re: ECF No. 25

    Having read and considered the emergency ex parte application (the "Application") of Defendants to extend time to respond to the Complaint, and good cause appearing, the Court grants Defendants' Application. Defendants shall have to and including June 13, 2016 to answer, move, or otherwise respond to the Complaint.

    Plaintiff opposes the motion on the grounds that Defendants' request is an attempt to delay resolution of the action. In support of this contention, Plaintiff makes several allegations regarding Defendants' conduct in a related case, Oracle America, Inc. v. Terix Computer Company, Inc., No. 13-cv-03385-JST (N.D. Cal.). It is not necessary for the Court to resolve these allegations on the merits, however, because Plaintiff has failed to identify any prejudice it will suffer from the brief extension Defendants have requested.

    IT IS SO ORDERED.

Dated: May 20, 2016

                                        JON S. TIGAR
                                   United States District Judge