MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson, Bar No. 193033
thomas.hixson@morganlewis.com
Spencer H. Wan, Bar No. 304329
spencer.wan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

ORACLE CORPORATION
Dorian Daley, Bar No. 129049
dorian.daley@oracle.com
Deborah K. Miller, Bar No. 95527
deborah.miller@oracle.com
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94065
Tel:     +1.650.506.4846
Fax:    +1.650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross, Bar No. 138172
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA  01803
Tel:     +1.781.744.0449
Fax:    +1.781.238.6273

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and ORACLE
INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1–50,<br><br>Defendants. | Case No.: 3:16-cv-02090-JST<br><br>[PROPOSED] ORDER FOLLOWING JUNE 22, 2016 CASE MANAGEMENT CONFERENCE |

1  The Court conducted a case management conference ("CMC") on June 22, 2016. At the CMC, the Court ordered as follows:

1. The hearing on the motion to dismiss filed by Defendants Bernd Appleby, James Olding, TUSA, Inc., Ermine IP, Inc., and Ermine Services, LLC (ECF No. 31) is reset for July 28, 2016 at 2:00 pm. The deadline to oppose the motion is extended to July 7, 2016, and the deadline to reply in support of the motion is extended to July 14.

2. The deadline to oppose the motion to dismiss filed by Defendant Terix Computer Company, Inc. (ECF No. 33) is extended to July 11, 2016, and the deadline to reply in support of the motion in extended to July 18, 2016.

Dated: June 23, 2016.



IT IS SO ORDERED

Judge Jon S. Tigar

[PROPOSED] ORDER FOLLOWING JUNE 22, 2016 CASE MANAGEMENT CONFERENCE
CASE NO.: 3:16-CV-02090-JST

1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30354102.4