| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson, Bar No. 193033<br>thomas.hixson@morganlewis.com<br>Spencer H. Wan, Bar No. 304329<br>spencer.wan@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel:   +1.415.442.1000<br>Fax:  +1.415.442.1001<br><br>ORACLE CORPORATION<br>Dorian Daley, Bar No. 129049<br>dorian.daley@oracle.com<br>Deborah K. Miller, Bar No. 95527<br>deborah.miller@oracle.com<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94065<br>Tel:   +1.650.506.4846<br>Fax:  +1.650.506.7114<br><br>ORACLE CORPORATION<br>Jeffrey S. Ross, Bar No. 138172<br>jeff.ross@oracle.com<br>10 Van de Graaff Drive<br>Burlington, MA 01803<br>Tel:   +1.781.744.0449<br>Fax:  +1.781.238.6273<br><br>Attorneys for Plaintiffs<br>ORACLE AMERICA, INC. and ORACLE<br>INTERNATIONAL CORPORATION | LANDAU GOTTFRIED & BERGER LLP<br>PETER M. BRANSTEN (SBN 113352)<br>pbransten@lgbfirm.com<br>RACHEL FRANZOIA (SBN 294652)<br>rfranzoia@lgbfirm.com<br>1901 Harrison St., Suite 1420<br>Oakland, California 94612<br>Telephone: (510) 451-4001<br>Fax: (310) 557-0056<br><br>Attorneys for Defendants BERND<br>APPLEBY, JAMES OLDING, TUSA<br>INC., ERMINE IP, INC., AND ERMINE<br>SERVICES, LLC<br><br>HOPKINS & CARLEY<br>John V. Picone III, SBN 187226<br>jpicone@hopkinscarley.com<br>Jennifer S. Coleman, SBN 213210<br>jcoleman@hopkinscarley.com<br>Monique D. Jewett-Brewster, SBN 217792<br>mjb@hopkinscarley.com<br>A Law Corporation<br>The Letitia Building<br>70 S First Street<br>San Jose, CA 95113-2406<br><br>Attorneys for Defendant<br>TERIX COMPUTER COMPANY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1–50,<br><br>Defendants. | Case No.: 3:16-cv-02090-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT DEADLINES** |

Case No.: 3:16-cv-02090-JST: STIPULATION AND [PROPOSED] ORDER TO MODIFY
CASE MANAGEMENT DEADLINES

This Stipulation to Modify Case Management Deadlines is entered into by and between plaintiffs Oracle America, Inc. and Oracle International Corporation (jointly, "plaintiffs") and defendants Bernd Appleby, James Olding, Terix Computer Company, Inc., TUSA, Inc., Ermine IP, Inc., and Ermine Services, LLC through their respective counsel of record.

WHEREAS, on April 22, 2016, the Court entered the Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 12) providing for the following schedule:

- June 29, 2016: deadline for the parties to meet and confer regarding initial disclosures, early settlement, and discovery plan; deadline for parties to file ADR Certification and deadline for filing of either Stipulation to ADR Process or Notice of Need for ADR Phone Conference
- July 13, 2016: deadline to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) report, and file Case Management Statement
- July 20, 2016: initial case management conference

WHEREAS, in light of plaintiffs' proposed filing of an amended Complaint, the Parties have conferred about the timing of the Rule 26(f) Conference;

WHEREAS, the Parties have reached an agreement to continue the Rule 26(f) Conference;

NOW, THEREFORE, the Parties hereby stipulate, and ask the Court to order, as follows:

- The deadline for the parties to meet and confer regarding initial disclosures, early settlement, and discovery plan and the deadline for parties to file ADR Certification and deadline for filing of either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is modified to July 15, 2016.
- The deadline to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) report, and file Case Management Statement is modified to July 29, 2016.
- The date for the initial case management conference is modified to August 10, 2016.

///

| | | |
|---|---|---|
| 1 | Dated: June 29, 2016 | MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson<br>Spencer H. Wan |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Thomas S. Hixson |
| 5 | | Thomas S. Hixson<br>Attorneys for Plaintiffs<br>Oracle America, Inc. and Oracle |
| 6 | | International Corporation |
| 7 | | |
| 8 | Dated: June 29, 2016 | LANDAU GOTTEFRIED & BERGER LLP<br>Peter M. Bransten |
| 9 | | |
| 10 | | By: /s/ Peter Bransten |
| 11 | | Peter Bransten<br>Attorneys for Defendants Bernd Appleby,<br>James Olding, Tusa Inc., Ermine IP, Inc., |
| 12 | | And Ermine Services, LLC |
| 13 | | |
| 14 | Dated: June 29, 2016 | HOPKINS & CARLEY<br>Monique D. Jewett-Brewster |
| 15 | | |
| 16 | | By: /s/ Monique D. Jewett-Brewster |
| 17 | | Monique D. Jewett-Brewster<br>Attorneys for Defendant<br>Terix Computer Company, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

Case No.: 3:16-cv-02090-JST: STIPULATION AND [PROPOSED] ORDER TO MODIFY
CASE MANAGEMENT DEADLINES
2

**ATTESTATION**

I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International Corporation. I am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: June 29, 2016                                MORGAN, LEWIS & BOCKIUS LLP

                                                                        By: /s/ Thomas Hixson
                                                                        Thomas S. Hixson
                                                                        Attorneys for Plaintiffs
                                                                        Oracle America, Inc. and Oracle International
                                                                        Corporation

**IT IS ORDERED** that the foregoing agreement is approved and the deadlines are modified accordingly. In the future, the parties are strongly discouraged from waiting until the date a deadline occurs before moving for its enlargement

Dated: June 30, 2016                                By: _____
                                                                        Hon. Jon S. Tigar

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*