1  MORGAN, LEWIS & BOCKIUS LLP
2  Thomas S. Hixson, Bar No. 193033
   thomas.hixson@morganlewis.com
   Spencer H. Wan, Bar No. 304329
3  spencer.wan@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1596
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  ORACLE CORPORATION
   Dorian Daley, Bar No. 129049
7  dorian.daley@oracle.com
   Deborah K. Miller, Bar No. 95527
8  deborah.miller@oracle.com
   500 Oracle Parkway, M/S 5op7
9  Redwood City, CA  94065
   Tel:    +1.650.506.4846
10  Fax:    +1.650.506.7114

11  ORACLE CORPORATION
   Jeffrey S. Ross, Bar No. 138172
12  jeff.ross@oracle.com
   10 Van de Graaff Drive
13  Burlington, MA  01803
   Tel:    +1.781.744.0449
14  Fax:    +1.781.238.6273

15  Attorneys for Plaintiffs
   ORACLE AMERICA, INC. and ORACLE
16  INTERNATIONAL CORPORATION

17

LANDAU GOTTFRIED & BERGER LLP
PETER M. BRANSTEN (SBN 113352)
pbransten@lgbfirm.com
RACHEL FRANZOIA (SBN 294652)
rfranzoia@lgbfirm.com
1901 Harrison St., Suite 1420
Oakland, California 94612
Telephone: (510) 451-4001
Fax: (310) 557-0056

Attorneys for Defendants BERND
APPLEBY, JAMES OLDING, TUSA
INC., ERMINE IP, INC., AND ERMINE
SERVICES, LLC

HOPKINS & CARLEY
John V. Picone III, SBN 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, SBN 213210
jcoleman@hopkinscarley.com
Monique D. Jewett-Brewster, SBN 217792
mjb@hopkinscarley.com
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

18

19

20  ORACLE AMERICA, INC., a Delaware
   corporation; ORACLE INTERNATIONAL
21  CORPORATION, a California corporation

22          Plaintiffs,

23          v.

24  BERND APPLEBY; JAMES OLDING;
   TERIX COMPUTER COMPANY, INC., a
25  California corporation; TUSA, INC., a
   Delaware corporation; ERMINE IP, INC., a
26  Delaware corporation; and ERMINE
   SERVICES, LLC, a Delaware company; and
27  DOES 1–50,

28          Defendants.

Case No.: 3:16-cv-02090-JST

**STIPULATION AND [PROPOSED]
ORDER TO MODIFY BRIEFING
SCHEDULE**

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
Case No.: 3:16-cv-02090-JST

1    WHEREAS, on June 30, 2016, Oracle filed its First Amended Complaint (the "FAC")

2  (ECF No. 42);

3    WHEREAS, Defendants' response to the FAC is currently due July 18, 2016;

4    WHEREAS, if Defendants' were to file motions to dismiss the FAC, Oracle's oppositions

5  to such motions filed on July 18 would be due August 1, 2016;

6    WHEREAS, Defendants' replies to Oracle's oppositions would be due August 8, 2016;

7    WHEREAS, to accommodate scheduling conflicts of Oracle's counsel in this case, the

8  Parties have reached an agreement to modify the briefing schedule;

9    NOW, THEREFORE, the Parties hereby stipulate, and ask the Court to order, as follows:

10   • The deadline for the Defendants to respond to the FAC is extended to July 28, 2016.

11   • In the event Defendants file motions to dismiss the FAC, the deadline for Oracle to

12     file its oppositions to the motions shall be August 11, 2016 and the deadline for the

13     Defendants to file their replies in support of such motions to dismiss shall be August

14     18, 2016.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
Case No.: 3:16-cv-02090-JST
1

1   Dated: July 13, 2016                  MORGAN, LEWIS & BOCKIUS LLP

2                                    Thomas S. Hixson
Spencer H. Wan

3

4                                      By:  /s/ Thomas S. Hixson

5                                      Thomas S. Hixson
Attorneys for Plaintiffs

6                                      Oracle America, Inc. and Oracle
International Corporation

7

8   Dated: July 13, 2016                  LANDAU GOTTEFRIED & BERGER LLP
Peter M. Bransten

9

10                                   By:  /s/ Peter Bransten

11                                   Peter Bransten
Attorneys for Defendants Bernd Appleby,

12                                   James Olding, Tusa Inc., Ermine IP, Inc.,
And Ermine Services, LLC

13

14   Dated: July 13, 2016                  HOPKINS & CARLEY
Monique D. Jewett-Brewster

15

16                                   By:  /s/ Monique D. Jewett-Brewster

17                                   Monique D. Jewett-Brewster
Attorneys for Defendant

18                                   Terix Computer Company, Inc.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
Case No.: 3:16-cv-02090-JST

**ATTESTATION**

I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International Corporation.  I am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.


Dated: July 13, 2016                    MORGAN, LEWIS & BOCKIUS LLP

                                        By:  /s/ Thomas Hixson
                                            Thomas S. Hixson
                                            Attorneys for Plaintiffs
                                        Oracle America, Inc. and Oracle International
                                                    Corporation


**IT IS ORDERED** that the foregoing agreement is approved and the deadlines are modified accordingly.


Dated:July 14, 2016                     By:_____

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA