MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson, Bar No. 193033
thomas.hixson@morganlewis.com
Spencer H. Wan, Bar No. 304329
spencer.wan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

ORACLE CORPORATION
Dorian Daley, Bar No. 129049
dorian.daley@oracle.com
Deborah K. Miller, Bar No. 95527
deborah.miller@oracle.com
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94065
Tel:     +1.650.506.4846
Fax:    +1.650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross, Bar No. 138172
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA  01803
Tel:     +1.781.744.0449
Fax:    +1.781.238.6273

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1–50,<br><br>Defendants. | Case No.: 3:16-cv-02090-JST<br><br>**[PROPOSED] CASE MANAGEMENT ORDER.** |

On September 28, 2016, the parties appeared for a case management conference ("CMC"). At the CMC, the Court ordered as follows:

1. For the purpose of interrogatory limits, the Plaintiffs collectively will have 50 interrogatories, and the Defendants collectively will have 50 interrogatories. At a later time, the parties may ask the Court for additional interrogatories upon a showing of good cause.

2. The parties shall meet and confer on the issues of (1) identification of a mediator or the means by which a mediator will be determined; (2) the scheduling of a mediation, which shall take place within 90 days after the September 28 CMC; (3) the formal and informal discovery required prior to participating in a mediation; and (4) the number of hours of deposition to which each side is entitled. No later than October 14, 2016, the parties shall file either a stipulation on those issues or competing proposals.

3. The next CMC is scheduled for January 18, 2017 at 2:00 p.m. The parties shall file a CMC statement no later than January 9, 2017.

**IT IS SO ORDERED.**

Dated:                                          By: _____
                                                     THE HONORABLE JON S. TIGAR
                                                     UNITED STATE DISTRICT JUDGE