John V. Picone III, State Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, State Bar No. 213210
jcoleman@hopkinscarley.com
Monique D. Jewett-Brewster, State Bar No. 217792
mjb@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>Plaintiffs, <br><br>v. <br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1—50, <br><br>Defendants. | Case No.  3:16-cv-02090-JST <br><br>**TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (THIRD CLAIM FOR RELIEF - FRAUDULENT TRANSFER)** <br><br>DEMAND FOR JURY TRIAL |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1
- 1 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

TERiX COMPUTER COMPANY, INC. ("TERiX") hereby answers the Third Claim for Relief for Fraudulent Transfer from the First Amended Complaint for Damages and Injunctive Relief (the "FAC") of ORACLE AMERICA, INC. ("Oracle America") and ORACLE INTERNATIONAL CORP. ("OIC", collectively with Oracle America, "Oracle") as follows:

## INTRODUCTION

1. In response to Paragraph 1 of the FAC, TERiX admits that TERiX's Chief Executive Officer and Chief Operating Officer were the principals of TERiX. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 1 of the FAC.

2. In response to Paragraph 2 of the FAC, TERiX denies each and every allegation contained in Paragraph 2 of the FAC.

3. In response to Paragraph 3 of the FAC, TERiX admits that: (i) Oracle sued TERiX in July 2013 for copyright infringement and other claims for relief in the action known as *Oracle America, Inc. v. Terix Computer Company, Inc., et al.*, USDC, Case No. 3:13-cv-03385-JST ("TERiX 1"), and (ii) TERiX stipulated to a judgment in TERiX I entered June 10, 2015 which judgment in all respects speaks for itself. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 3 of the FAC.

4. In response to Paragraph 4 of the FAC, TERiX denies each and every allegation contained in Paragraph 4 of the FAC.

5. In response to Paragraph 5 of the FAC, TERiX lacks knowledge or information sufficient to admit or deny the allegations regarding Oracle's alleged reasons for bringing this action and, on that ground, denies such allegations. Except as expressly alleged on information and belief herein, TERiX denies each and every allegation contained in Paragraph 5 of the FAC.

## THE PARTIES

6. In response to Paragraph 6 of the FAC, TERiX admits that: (i) Oracle America, and/or one or more of its affiliates is a corporation doing business in California; and (ii) Oracle America and/or one or more of its affiliates licenses software and sells support and consulting services. Except as expressly admitted herein, TERiX lacks knowledge and information

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 2 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

sufficient to admit or deny the allegations contained in Paragraph 6 and, on that ground, denies such allegations.

7. In response to Paragraph 7 of the FAC, TERiX admits that: (i) OIC and/or one or more of its affiliates is a corporation doing business in California; and (ii) OIC and/or one or more of its affiliates licenses software and sells support and consulting services. Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 7 and, on that ground, denies such allegations.

8. In response to Paragraph 8 of the FAC, TERiX admits that TERiX is a California corporation which provided computer hardware support. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 8 of the FAC.

9. In response to Paragraph 9 of the FAC, TERiX admits that TUSA, Inc. ("TUSA"), Ermine IP, Inc. ("Ermine IP") and Ermine Services, LLC ("Ermine Services," collectively TUSA and Ermine IP, the "TUSA Defendants") are Delaware corporations with their principal place of business in Sunnyvale, California. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 9 of the FAC.

10. In response to Paragraph 10 of the FAC, TERiX admits the allegations of Paragraph 10 of the FAC.

11. In response to Paragraph 11 of the FAC, TERiX admits the allegations of Paragraph 11 of the FAC.

12. In response to Paragraph 12 of the FAC, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 12 and, on that ground, denies such allegations.

13. In response to Paragraph 13 of the FAC, TERiX admits that: (i) the Court has personal jurisdiction over the TUSA Defendants, and (ii) Appleby's principal place of residence is in California. Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 13 and, on that ground, denies such allegations.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 3 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

14. In response to Paragraph 14 of the FAC, TERiX denies each and every allegation contained in Paragraph 14 of the FAC.

## JURISDICTION

15. In response to Paragraph 15 of the FAC, TERiX does not believe that an answer is required to this paragraph because this paragraph states legal conclusions only. However, to the extent that an answer is required, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 15 and, on that ground, denies such allegations.

16. In response to Paragraph 16 of the FAC, TERiX does not believe that an answer is required to this paragraph because this paragraph states legal conclusions only. However, to the extent that an answer is required, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 16 and, on that ground, denies such allegations.

17. In response to Paragraph 17 of the FAC, TERiX does not believe that an answer is required to this paragraph because this paragraph states legal conclusions only. However, to the extent that an answer is required, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 17 and, on that ground, denies such allegations.

## VENUE

18. In response to Paragraph 18 of the FAC, TERiX denies that: (i) TERiX committed any wrongful intentional acts; (ii) TERiX caused any harm to Oracle, (iii) TERiX is amenable to personal jurisdiction in this District. Except as expressly alleged herein, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 18 and, on that ground, denies such allegations.

## INTRADISTRICT ASSIGNMENT

19. In response to Paragraph 19 of the FAC, TERiX does not believe that an answer is required to this paragraph because this paragraph states legal conclusions only. However, to the extent that an answer is required, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 19 and, on that ground, denies such allegations.

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 4 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

# FACTUAL ALLEGATIONS

## A. Oracle's Computer Systems and Computer Materials

20. In response to Paragraph 20 of the FAC, TERiX admits that: (i) Oracle is a supplier of enterprise hardware and software systems and of related technical support and consulting services for those systems, and (ii) Oracle offers annual support contracts to users of enterprise hardware and software systems. Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 20 and, on that ground, denies such allegations.

21. In response to Paragraph 21 of the FAC, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 21 and, on that ground, denies such allegations.

22. In response to Paragraph 22 of the FAC, TERiX admits that Oracle offers technical support services for its hardware systems, including the Solaris operating system. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 22 of the FAC.

23. In response to Paragraph 23 of the FAC, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 23 and, on that ground, denies such allegations.

24. In response to Paragraph 24 of the FAC, TERiX lacks knowledge and information sufficient to admit or deny the allegations contained in Paragraph 24 and, on that ground, denies such allegations.

## B. Appleby and Olding's Illegal Scheme

25. In response to Paragraph 25 of the FAC, TERiX admits that the quotation set forth in the first sentence at one time appeared on a website maintained by TERiX. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 25 of the FAC.

26. In response to Paragraph 26 of the FAC, TERiX denies each and every allegation contained in Paragraph 26 of the FAC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 5 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

27. In response to Paragraph 27 of the FAC, TERiX denies each and every allegation contained in Paragraph 27 of the FAC.

28. In response to Paragraph 28 of the FAC, TERiX denies each and every allegation contained in Paragraph 28 of the FAC.

29. In response to Paragraph 29 of the FAC, TERiX denies each and every allegation contained in Paragraph 29 of the FAC.

30. In response to Paragraph 30 of the FAC, TERiX denies each and every allegation contained in Paragraph 30 of the FAC.

31. In response to Paragraph 31 of the FAC, TERiX denies each and every allegation contained in Paragraph 31 of the FAC.

32. In response to Paragraph 32 of the FAC, TERiX denies each and every allegation contained in Paragraph 32 of the FAC.

33. In response to Paragraph 33 of the FAC, TERiX denies each and every allegation contained in Paragraph 33 of the FAC.

34. In response to Paragraph 34 of the FAC, TERiX denies each and every allegation contained in Paragraph 34 of the FAC.

35. In response to Paragraph 35 of the FAC, TERiX denies each and every allegation contained in Paragraph 35 of the FAC.

36. In response to Paragraph 36 of the FAC, TERiX denies each and every allegation contained in Paragraph 36 of the FAC.

37. In response to Paragraph 37 of the FAC, TERiX denies each and every allegation contained in Paragraph 37 of the FAC.

38. In response to Paragraph 38 of the FAC, TERiX denies each and every allegation contained in Paragraph 38 of the FAC.

39. In response to Paragraph 39 of the FAC, TERiX denies each and every allegation contained in Paragraph 39 of the FAC.

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 6 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

## C. The TERiX Lawsuit and the Federal Judgment

40. In response to Paragraph 40 of the FAC, TERiX admits that Oracle sued TERiX, Sevanna Financial, Inc. ("Sevanna") and West Coast Computer Exchange, Inc. ("WEX") in July 2013 for copyright infringement and other claims for relief in TERiX I. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 40 of the FAC.

41. In response to Paragraph 41 of the FAC, TERiX admits that TERiX, Sevanna and WEX stipulated to a judgment in TERiX I entered June 10, 2015 which in all respects speaks for itself. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 41 of the FAC.

42. In response to Paragraph 42 of the FAC, TERiX denies each and every allegation contained in Paragraph 42 of the FAC.

## D. The Fraudulent Conveyance

43. In response to Paragraph 43 of the FAC, TERiX admits that: (i) Ermine IP was incorporated in the State of Delaware on March 19, 2015, (ii) Appleby is the President, Chief Financial Officer and Chief Executive Officer of Ermine IP, (iii) Olding is the Secretary of Ermine IP, (iv) TUSA was incorporated in the State of Delaware on March 19, 2015, (v) Appleby is the President, Chief Financial Officer and Chief Executive Officer of Ermine IP, (vi) Olding is the Secretary of TUSA, (vii) Ermine Services was incorporated in the State of Delaware on April 2, 2015, and (viii) Appleby is the Chief Executive Officer of Ermine Services. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 43 of the FAC.

44. In response to Paragraph 44 of the FAC, TERiX admits that TERiX made the initial payment of $300,000 that was due upon execution of the stipulated judgment and settlement agreement. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 44 of the FAC.

45. In response to Paragraph 45 of the FAC, TERiX admits that TERiX's counsel sent a letter to Oracle's counsel dated February 16, 2016 which in all respects speaks for itself. Except

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 7 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 45 of the FAC.

46. In response to Paragraph 46 of the FAC, TERiX denies each and every allegation contained in Paragraph 46 of the FAC.

47. In response to Paragraph 47 of the FAC, TERiX denies each and every allegation contained in Paragraph 47 of the FAC.

48. In response to Paragraph 48 of the FAC, TERiX admits the existence of a General Assignment and the existence of an Asset Purchase Agreement, which documents in all respects speak for themselves. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 48 of the FAC.

49. In response to Paragraph 49 of the FAC, TERiX denies each and every allegation contained in Paragraph 49 of the FAC.

50. In response to Paragraph 50 of the FAC, TERiX denies each and every allegation contained in Paragraph 50 of the FAC.

51. In response to Paragraph 51 of the FAC, TERiX denies each and every allegation contained in Paragraph 51 of the FAC.

52. In response to Paragraph 52 of the FAC, TERiX denies each and every allegation contained in Paragraph 52 of the FAC.

53. In response to Paragraph 52 of the FAC, TERiX admits that the TUSA Defendants are operating businesses and that one or more of them maintain the website known as www.terix.com. Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 53 of the FAC.

54. In response to Paragraph 54 of the FAC, TERiX denies each and every allegation contained in Paragraph 54 of the FAC.

///

///

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1

- 8 -

DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

## First Claim for Relief

### (Against Appleby and Olding)

### Copyright Infringement – Vicarious and Contributory Liability

55. In response to Paragraph 55 of the FAC, TERiX realleges and incorporates herein its responses to Paragraphs 1 through 54 above as though set forth fully herein.

56. In response to Paragraph 56 of the FAC, TERiX asserts that no response to Paragraph 56 is required.

57. In response to Paragraph 57 of the FAC, TERiX asserts that no response to Paragraph 57 is required.

58. In response to Paragraph 58 of the FAC, TERiX asserts that no response to Paragraph 58 is required.

59. In response to Paragraph 59 of the FAC, TERiX asserts that no response to Paragraph 59 is required.

60. In response to Paragraph 60 of the FAC, TERiX asserts that no response to Paragraph 60 is required.

61. In response to Paragraph 61 of the FAC, TERiX asserts that no response to Paragraph 61 is required.

62. In response to Paragraph 62 of the FAC, TERiX asserts that no response to Paragraph 62 is required.

63. In response to Paragraph 63 of the FAC, TERiX asserts that no response to Paragraph 63 is required.

64. In response to Paragraph 64 of the FAC, TERiX asserts that no response to Paragraph 64 is required.

65. In response to Paragraph 65 of the FAC, TERiX asserts that no response to Paragraph 65 is required.

66. In response to Paragraph 66 of the FAC, TERiX asserts that no response to Paragraph 66 is required.

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 9 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

## Second Claim for Relief

**(Appleby and Olding)**

**Alter Ego Liability**

67. In response to Paragraph 67 of the FAC, TERiX realleges and incorporates herein its responses to Paragraphs 1 through 66 above as though set forth fully herein.

68. In response to Paragraph 68 of the FAC, TERiX asserts that no response to Paragraph 68 is required.

69. In response to Paragraph 69 of the FAC, TERiX asserts that no response to Paragraph 69 is required.

70. In response to Paragraph 70 of the FAC, TERiX asserts that no response to Paragraph 70 is required.

71. In response to Paragraph 71 of the FAC, TERiX asserts that no response to Paragraph 71 is required.

72. In response to Paragraph 72 of the FAC, TERiX asserts that no response to Paragraph 72 is required.

73. In response to Paragraph 73 of the FAC, TERiX asserts that no response to Paragraph 73 is required.

74. In response to Paragraph 74 of the FAC, TERiX asserts that no response to Paragraph 74 is required.

75. In response to Paragraph 75 of the FAC, TERiX asserts that no response to Paragraph 75 is required.

76. In response to Paragraph 76 of the FAC, TERiX asserts that no response to Paragraph 76 is required.

## Third Claim for Relief

**(All Defendants)**

**Fraudulent Transfer - Cal. Civil Code § 3439,** *et seq.*

77. In response to Paragraph 77 of the FAC, TERiX realleges and incorporates herein its responses to Paragraphs 1 through 76 above as though set forth fully herein.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 10 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

78. In response to Paragraph 78 of the FAC, TERiX denies each and every allegation contained in Paragraph 78 of the FAC.

79. In response to Paragraph 79 of the FAC, TERiX denies each and every allegation contained in Paragraph 79 of the FAC.

80. In response to Paragraph 80 of the FAC, TERiX denies each and every allegation contained in Paragraph 80 of the FAC.

**A.     Cal. Civil Code § 3439.04(a)(1)**

81. In response to Paragraph 81 of the FAC, TERiX denies each and every allegation contained in Paragraph 81 of the FAC.

82. In response to Paragraph 82 of the FAC, TERiX denies each and every allegation contained in Paragraph 82 of the FAC.

**B.     Cal Civil Code § 3439.04(a)(2)**

83. In response to Paragraph 83 of the FAC, TERiX denies each and every allegation contained in Paragraph 83 of the FAC.

84. In response to Paragraph 84 of the FAC, TERiX denies each and every allegation contained in Paragraph 84 of the FAC.

**C.     Cal Civil Code § 3439.05**

85. In response to Paragraph 85 of the FAC, TERiX denies each and every allegation contained in Paragraph 85 of the FAC.

**D.     Remedies**

86. In response to Paragraph 86 of the FAC, TERiX denies each and every allegation contained in Paragraph 86 of the FAC.

87. In response to Paragraph 87 of the FAC, TERiX denies each and every allegation contained in Paragraph 87 of the FAC.

## **PRAYER FOR RELIEF**

TERiX admits that Oracle is requesting the specified relief, but denies that Oracle is entitled to the specified relief or any other relief.

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1

- 11 -

DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

# AFFIRMATIVE DEFENSES

TERiX alleges the following affirmative defenses and reserves the right to assert additional affirmative defenses as appropriate.

## First Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX on the ground that TERiX is not a person for whose benefit the alleged voidable transfer was made under California Civil Code section 3439.08(b).

## Second Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX under the doctrine of unclean hands.

## Third Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX under the doctrine of laches.

## Fourth Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX under the doctrine of waiver.

## Fifth Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX under the doctrine of equitable estoppel.

## Sixth Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX under the doctrine of accord and satisfaction.

## Seventh Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX to the extent that Oracle failed to take reasonable action to mitigate the alleged injuries, damages, and/or losses alleged in the FAC.

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1 - 12 -
DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST

## Eighth Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX because Oracle's alleged injuries, losses, and/or damages were caused by the superseding and intervening acts, omissions, negligence or other tortious conduct of parties other than TERiX including, but not limited to Sherwood Partners, Inc. and TERiX (assignment for the benefit of creditors) LLC.

## Ninth Affirmative Defense

Oracle's claim under the California Uniform Voidable Transactions Act is barred against TERiX due to Oracle's failure to join Sherwood Partners, Inc. as an indispensable party.

## PRAYER

Wherefore, TERiX prays as follows:

1. That Oracle take nothing by the FAC and that the FAC be dismissed with prejudice.

2. That TERiX be awarded its reasonable attorneys' fees.

3. That TERiX be awarded its costs of suit.

4. That TERiX be granted such other and further relief as the Court determines is just and proper.

## JURY DEMAND

TERiX demands a jury trial on all issues so triable.

Dated: October 6, 2016

Respectfully submitted,

HOPKINS & CARLEY
A Law Corporation

By: /s/ Monique D. Jewett-Brewster
John V. Picone III
Jennifer S. Coleman
Monique D. Jewett-Brewster
Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

853\1381608.1

- 13 -

DEFENDANT TERIX COMPUTER COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT
3:16-CV-02090-JST