1  MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson, Bar No. 193033
2  thomas.hixson@morganlewis.com
Spencer H. Wan, Bar No. 304329
3  spencer.wan@morganlewis.com
One Market, Spear Street Tower
4  San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  ORACLE CORPORATION
Dorian Daley, Bar No. 129049
7  dorian.daley@oracle.com
Deborah K. Miller, Bar No. 95527
8  deborah.miller@oracle.com
500 Oracle Parkway, M/S 5op7
9  Redwood City, CA  94065
Tel:    +1.650.506.4846
10  Fax:    +1.650.506.7114

11  ORACLE CORPORATION
Jeffrey S. Ross, Bar No. 138172
12  jeff.ross@oracle.com
10 Van de Graaff Drive
13  Burlington, MA  01803
Tel:    +1.781.744.0449
14  Fax:    +1.781.238.6273

15  Attorneys for Plaintiffs
ORACLE AMERICA, INC. and ORACLE
16  INTERNATIONAL CORPORATION

LANDAU GOTTFRIED & BERGER LLP
PETER M. BRANSTEN (SBN 113352)
pbransten@lgbfirm.com
RACHEL FRANZOIA (SBN 294652)
rfranzoia@lgbfirm.com
1901 Harrison St., Suite 1420
Oakland, California 94612
Telephone: (510) 451-4001
Fax: (310) 557-0056

Attorneys for Defendants BERND
APPLEBY, JAMES OLDING, TUSA
INC., ERMINE IP, INC., AND ERMINE
SERVICES, LLC

HOPKINS & CARLEY
John V. Picone III, SBN 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, SBN 213210
jcoleman@hopkinscarley.com
Monique D. Jewett-Brewster, SBN 217792
mjb@hopkinscarley.com
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

17

18  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
19  SAN FRANCISCO DIVISION

20  ORACLE AMERICA, INC., a Delaware
corporation; ORACLE INTERNATIONAL
21  CORPORATION, a California corporation

22  Plaintiffs,

23  v.

24  BERND APPLEBY; JAMES OLDING;
TERIX COMPUTER COMPANY, INC., a
25  California corporation; TUSA, INC., a
Delaware corporation; ERMINE IP, INC., a
26  Delaware corporation; and ERMINE
SERVICES, LLC, a Delaware company; and
27  DOES 1–50,

28  Defendants.

Case No.: 3:16-cv-02090-JST

**JOINT CASE MANAGEMENT
CONFERENCE STATEMENT**

Date: January 18, 2017
Time: 2:00 p.m.
Place: Courtroom 9
Judge: Honorable Jon S. Tigar

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:16-cv-02090-JST

Plaintiffs Oracle America, Inc., and Oracle International Corporation ("Oracle" or "Plaintiffs") and Defendants Bernd Appleby ("Appleby"), James Olding ("Olding"), TERiX Computer Company, Inc. ("Terix"), TUSA, Inc. ("TUSA"), Ermine IP, Inc. ("Ermine IP"), and Ermine Services, LLC ("Ermine Services") (collectively, "Defendants") jointly submit this Joint Case Management Conference Statement, pursuant to Civil Local Rule 16-10(d).

## 1.   Discovery Status

### a.   Discovery Taken Since Last Statement

#### (1)   Party Discovery

Oracle served its Second Set of Requests for Production of Documents on Defendants on September 28, 2016.  Defendants served their responses on October 31, 2016.  The parties engaged in meet and confer correspondence and had a call on December 19, 2016 concerning Defendants' responses.

Oracle served its First Set of Interrogatories on Defendants on October 18, 2016.  Defendants served their responses on November 21, 2016.  Oracle raised issues with Defendants' responses in a letter on January 3, 2017.

Oracle served its Second Set of Interrogatories and Third Set of Requests for Production of Documents on Defendants on November 21, 2016.  Defendants Appleby, Olding, TUSA, Ermine IP and Ermine Services served their responses on December 27, 2016.  Oracle raised issues with those responses in a letter on January 3, 2017.  Defendant Terix Computer Company, Inc., served its responses on January 6, 2017, pursuant to an agreed upon extension to the deadline.

Oracle served its First Set of Requests for Admissions, Third Set of Interrogatories, Fourth Set of Requests for Production of Documents on Defendants on January 3, 2017.

Oracle has proposed that the deposition of Bernd Appleby be conducted over two days.  Defendants are considering this proposal.

#### (2)   Non-Party Discovery

Oracle served a document subpoena on Martin Wolf Securities LLC ("Martin Wolf") on

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:16-cv-02090-JST
1

September 20, 2016.  Martin Wolf produced documents in response to the subpoena on November 16, 2016.  Oracle served a deposition subpoena on Martin Wolf on January 4, 2017.

Oracle deposed Bill Trento of Sherwood on December 6, 2016 and William Hogan of Sherwood on December 9, 2016.

Oracle served document subpoenas on General Microsystems Inc., Electronic Arts. Inc., Maintech, Incorporated, and ON LINE Computer Products, Inc. on December 30, 2016.  Oracle served a document subpoena on Logitech, Inc. on January 3, 2017.

## 2.     Settlement and ADR

The parties have agreed to attend a mediation on January 26, 2017.

## 3.     Scheduling

Oracle has requested and Defendants are amenable to a two-month extension of the deadlines in the existing case schedule (ECF 82).  The parties expect to present a stipulation to the Court proposing revised deadlines.

///

///

///

///

///

///

///

///

///

///

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:16-cv-02090-JST
2

1    Dated: January 9, 2017                          MORGAN, LEWIS & BOCKIUS LLP
                                                     Thomas S. Hixson
2                                                    Spencer H. Wan

3

4                                                    By:  /s/ Thomas S. Hixson
                                                         Thomas S. Hixson
5                                                        Attorneys for Plaintiffs
                                                         Oracle America, Inc. and Oracle
6                                                        International Corporation

7
     Dated: January 9, 2017                          LANDAU GOTTFRIED & BERGER LLP
8                                                    Peter M. Bransten

9

10                                                   By:  /s/ Peter Bransten
                                                         Peter Bransten
11                                                       Attorneys for Defendants Bernd Appleby,
                                                         James Olding, TUSA Inc., Ermine IP, Inc.,
12                                                       And Ermine Services, LLC

13
     Dated: January 9, 2017                          HOPKINS & CARLEY
14                                                   Monique D. Jewett-Brewster

15

16                                                   By:  /s/ Monique D. Jewett-Brewster
                                                         Monique D. Jewett-Brewster
17                                                       Attorneys for Defendant
                                                         Terix Computer Company, Inc.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:16-cv-02090-JST
3

1

## **ATTESTATION**

2      I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International

3   Corporation.  I am the registered ECF user whose username and password are being used to file

4   this Stipulation.  In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel

5   concurred in this filing.

6

7   Dated: January 9, 2017                    MORGAN, LEWIS & BOCKIUS LLP

8                                             By:  /s/ Thomas Hixson_____

9                                                  Thomas S. Hixson
                                                  Attorneys for Plaintiffs
10                                            Oracle America, Inc. and Oracle International
                                                       Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:16-cv-02090-JST
4