MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson, Bar No. 193033
thomas.hixson@morganlewis.com
Spencer H. Wan, Bar No. 304329
spencer.wan@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

ORACLE CORPORATION
Dorian Daley, Bar No. 129049
dorian.daley@oracle.com
Deborah K. Miller, Bar No. 95527
deborah.miller@oracle.com
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94065
Tel:   +1.650.506.4846
Fax:   +1.650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross, Bar No. 138172
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Tel:   +1.781.744.0449
Fax:   +1.781.238.6273

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and ORACLE
INTERNATIONAL CORPORATION

LANDAU GOTTFRIED & BERGER LLP
PETER M. BRANSTEN (SBN 113352)
pbransten@lgbfirm.com
RACHEL FRANZOIA (SBN 294652)
rfranzoia@lgbfirm.com
1901 Harrison St., Suite 1420
Oakland, California 94612
Telephone: (510) 451-4001
Fax: (310) 557-0056

Attorneys for Defendants BERND
APPLEBY, JAMES OLDING, TUSA
INC., ERMINE IP, INC., AND ERMINE
SERVICES, LLC

HOPKINS & CARLEY
John V. Picone III, SBN 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, SBN 213210
jcoleman@hopkinscarley.com
Monique D. Jewett-Brewster, SBN 217792
mjb@hopkinscarley.com
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

FILED
JAN 18 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1–50,<br><br>Defendants. | Case No.: 3:16-cv-02090-JST<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:16-cv-02090-JST

DB2/ 30974441.3

1  WHEREAS, on September 29, 2016, the Court issued a Scheduling Order (ECF No. 82);

2  WHEREAS, the current fact discovery cut-off is March 3, 2017;

3  WHEREAS, the Parties filed a Joint Case Management Conference Stateemnt on January
4  9, 2017 (ECF No. 89), describing the discovery that has taken place since the last CMC statement
5  was filed;

6  WHEREAS, the parties agree that a three-month extension of the fact discovery cutoff is
7  appropriate under the circumstances and will not unduly prolong the case.

8  NOW, THEREFORE, the Parties hereby stipulate, and ask the Court to order, as follows:

9  The Scheduling Order is modified as follows:

| | |
|---|---|
| Fact discovery cut-off | 6/2/2017 |
| Expert discloures | 7/14/2017 |
| Expert rebuttal | 8/11/2017 |
| Expert discovery cut-off | 9/15/2017 |
| Deadline to file dispositive motions | 9/22/2017 |
| Pretrial conference statement due | 12/8/2017 |
| Pretrial Conference | 12/15/2017 |
| Trial | 1/16/2018 |

///
///
///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

DB2/ 30974441.3

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:16-cv-02090-JST
1

| | |
|---|---|
| Dated: January 18, 2017 | MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson<br>Spencer H. Wan<br><br>By: /s/ Thomas S. Hixson<br>　　　Thomas S. Hixson<br>　　　Attorneys for Plaintiffs<br>　　　Oracle America, Inc. and Oracle<br>　　　International Corporation |
| Dated: January 18, 2017 | LANDAU GOTTFRIED & BERGER LLP<br>Peter M. Bransten<br><br>By: /s/ Peter Bransten<br>　　　Peter Bransten<br>　　　Attorneys for Defendants Bernd Appleby,<br>　　　James Olding, TUSA Inc., Ermine IP, Inc.,<br>　　　And Ermine Services, LLC |
| Dated: January 18, 2017 | HOPKINS & CARLEY<br>Monique D. Jewett-Brewster<br><br>By: /s/ Monique D. Jewett-Brewster<br>　　　Monique D. Jewett-Brewster<br>　　　Attorneys for Defendant<br>　　　Terix Computer Company, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

DB2/ 30974441.3

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:16-cv-02090-JST
2

**ATTESTATION**

I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International Corporation. I am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: January 18, 2017

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas Hixson
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle America, Inc. and Oracle International Corporation

**IT IS SO ORDERED.**

Dated: January 18, 2017

By: _____
Hon. Jon S. Tigar
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

DB2/ 30974441.3

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:16-cv-02090-JST

3