| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Thomas S. Hixson, Bar No. 193033<br>thomas.hixson@morganlewis.com<br>Spencer H. Wan, Bar No. 304329<br>spencer.wan@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>ORACLE CORPORATION<br>Dorian Daley, Bar No. 129049<br>dorian.daley@oracle.com<br>Deborah K. Miller, Bar No. 95527<br>deborah.miller@oracle.com<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94065<br>Tel: +1.650.506.4846<br>Fax: +1.650.506.7114<br><br>ORACLE CORPORATION<br>Jeffrey S. Ross, Bar No. 138172<br>jeff.ross@oracle.com<br>10 Van de Graaff Drive<br>Burlington, MA 01803<br>Tel: +1.781.744.0449<br>Fax: +1.781.238.6273<br><br>Attorneys for Plaintiffs<br>ORACLE AMERICA, INC. and ORACLE<br>INTERNATIONAL CORPORATION | LANDAU GOTTFRIED & BERGER LLP<br>PETER M. BRANSTEN (SBN 113352)<br>pbransten@lgbfirm.com<br>RACHEL FRANZOIA (SBN 294652)<br>rfranzoia@lgbfirm.com<br>1901 Harrison St., Suite 1420<br>Oakland, California 94612<br>Telephone: (510) 451-4001<br>Fax: (310) 557-0056<br><br>Attorneys for Defendants BERND<br>APPLEBY, JAMES OLDING, TUSA<br>INC., ERMINE IP, INC., AND ERMINE<br>SERVICES, LLC<br><br>HOPKINS & CARLEY<br>John V. Picone III, SBN 187226<br>jpicone@hopkinscarley.com<br>Jennifer S. Coleman, SBN 213210<br>jcoleman@hopkinscarley.com<br>Monique D. Jewett-Brewster, SBN 217792<br>mjb@hopkinscarley.com<br>A Law Corporation<br>The Letitia Building<br>70 S First Street<br>San Jose, CA 95113-2406<br><br>Attorneys for Defendant<br>TERIX COMPUTER COMPANY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>BERND APPLEBY; JAMES OLDING; TERIX COMPUTER COMPANY, INC., a California corporation; TUSA, INC., a Delaware corporation; ERMINE IP, INC., a Delaware corporation; and ERMINE SERVICES, LLC, a Delaware company; and DOES 1–50,<br><br>Defendants. | Case No.: 3:16-cv-02090-JST<br><br>**STIPULATION** |

STIPULATION
Case No.: 3:16-cv-02090-JST

WHEREAS, at the January 18, 2017 case management conference, the Court directed the parties to file by January 25, 2017 either (1) a stipulation agreeing on a revised date for a mediation and identifying the mediator, or (2) competing proposals;

NOW, THEREFORE, the parties stipulate that they have agreed to conduct a mediation on February 15, 2017 before the Hon. Randall J. Newsome (Ret.) at JAMS.

Dated: January 25, 2017                             MORGAN, LEWIS & BOCKIUS LLP
                                                    Thomas S. Hixson
                                                    Spencer H. Wan


                                                    By: /s/ Thomas S. Hixson
                                                        Thomas S. Hixson
                                                        Attorneys for Plaintiffs
                                                        Oracle America, Inc. and Oracle
                                                        International Corporation

Dated: January 25, 2017                             LANDAU GOTTFRIED & BERGER LLP
                                                    Peter M. Bransten


                                                    By: /s/ Peter Bransten
                                                        Peter Bransten
                                                        Attorneys for Defendants Bernd Appleby,
                                                        James Olding, TUSA Inc., Ermine IP, Inc.,
                                                        And Ermine Services, LLC

Dated: January 25, 2017                             HOPKINS & CARLEY
                                                    Monique D. Jewett-Brewster


                                                    By: /s/ Monique D. Jewett-Brewster
                                                        Monique D. Jewett-Brewster
                                                        Attorneys for Defendant
                                                        Terix Computer Company, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS LAW
SAN FRANCISCO

STIPULATION
Case No.: 3:16-cv-02090-JST
1

**ATTESTATION**

I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International Corporation. I am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: January 25, 2017                    MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas Hixson_____
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle America, Inc. and Oracle International Corporation