1   MORGAN, LEWIS & BOCKIUS LLP
    Thomas S. Hixson, Bar No. 193033
2   thomas.hixson@morganlewis.com
    Spencer H. Wan, Bar No. 304329
3   spencer.wan@morganlewis.com
    One Market, Spear Street Tower
4   San Francisco, CA  94105-1420
    Telephone:  415.442.1000
5   Facsimile:  415.442.1001

6   ORACLE CORPORATION                       ORACLE CORPORATION
    Dorian Daley, Bar No. 129049)            Jeffrey S. Ross, Bar No. 138172
7   dorian.daley@oracle.com                  jeff.ross@oracle.com
    Deborah K. Miller, Bar No. 95527         10 Van de Graaff Drive
8   deborah.miller@oracle.com                Burlington, MA 01803
    500 Oracle Parkway                       Telephone: 781.744.0449
9   M/S 5op7                                 Facsimile: 781.238.6273
    Redwood City, CA 94065
10  Telephone: 650.506.4846
    Facsimile: 650.506.7114
11
    Attorneys for Plaintiffs
12  ORACLE AMERICA, INC. and ORACLE
    INTERNATIONAL CORPORATION
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17  ORACLE AMERICA, INC., a Delaware      No. 3:16-cv-02090-JST
    corporation; ORACLE INTERNATIONAL
18  CORPORATION, a California corporation, [PROPOSED] STIPULATED
                                           JUDGMENT
19              Plaintiffs,

20       v.

21  BERND APPLEBY; JAMES OLDING;
    TERIX COMPUTER COMPANY, INC., a
22  California corporation; TUSA, INC., a
    Delaware corporation; ERMINE IP, INC., a
23  Delaware corporation; and ERMINE
    SERVICES, LLC, a Delaware company; and
24  DOES 1–50,

25              Defendants.

26

27

28

Plaintiffs Oracle America, Inc., and Oracle International Corporation ("Oracle" or "Plaintiffs") and Defendants Bernd Appleby ("Appleby"), James Olding ("Olding"), TERiX Computer Company, Inc. ("Terix"), TUSA, Inc. ("TUSA"), Ermine IP, Inc. ("Ermine IP"), and Ermine Services, LLC ("Ermine Services") (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and move this Court for entry of judgment.

Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that:

1.     Oracle and Defendants have entered into a Settlement Agreement to resolve this action, and these parties have agreed on the terms of this Stipulated Judgment.

2.     On Oracle's claims against Defendants for copyright infringement (17 U.S.C. § 106), alter ego liability, and violations of the California Uniform Voidable Transactions Act (Cal. Civ. Code § 3439 et seq.) Oracle shall recover from Defendants the following monetary and equitable relief:

    a.     Oracle shall recover from Defendants in the amount of fifty seven million four hundred twenty-three thousand U.S. dollars (USD $57,423,000.00).

    b.     Defendants, as well as their officers, agents, employees, and all those acting under their control or on their behalf, as well as any entity that acquires or mergers with Terix Computer Service (i.e., the existing business and its assets, previously owned by Terix Computer Company, Inc., and now owned by TUSA, Inc., Ermine IP, Inc., and Ermine Services, LLC, by whatever name it might later have), are hereby permanently enjoined as follows:

       i.     They shall not give, sell, or otherwise provide to anyone any Oracle/Sun software and/or software support materials, including any updates, bug fixes, patches, media kits, or other proprietary software support materials, and including any patches, bug fixes, or updates to the Solaris Operating System or for firmware on Oracle/Sun hardware, but not including any materials made

2

publicly available by Oracle at the time of such provision by Defendants (collectively "Software and Support Materials"). Nor shall Defendants engage, retain, contract for, or otherwise utilize any third party to give, sell, or otherwise provide to anyone any Software and Support Materials. Defendants may retain third-parties to test the functionality of hardware parts acquired lawfully for break/fix purposes on the open market.

ii. They shall not access or log into any password-protected portion of any Oracle website or any Oracle FTP site, whether on its own behalf or as an agent or a contractor for any end user customer or other third party. Likewise, they shall not engage, retain, contract for, or otherwise utilize any third party to access or log into any password-protected portion of any Oracle website or any Oracle FTP site.

iii. They shall not give, sell, or otherwise provide any user credentials, IDs, or passwords to access any password-protected portion of any Oracle website to any other party. Nor shall they engage, retain, contract for, or otherwise utilize any third party to give, sell, or otherwise provide any user credentials, IDs, or passwords to access any password-protected portion of any Oracle website to any other party.

iv. They shall not direct, advise, or recommend any customer or third party to copy or use any Software or Support Materials in violation of any Oracle policy or agreement.

v. They shall not make any representations to any third party, either affirmatively or in response to an inquiry, that state or imply that they can provide or has access to, can access, or can obtain

3

Software and Support Materials.

    vi.    They shall allow Oracle to perform an annual audit of their work relating to Oracle/Sun hardware for the next five (5) years. Defendants shall maintain complete and detailed records regarding its performance of any and all support services on Oracle/Sun hardware in its customer support record system, shall retain all emails sent to or from its support personnel concerning Oracle/Sun products, and shall disclose such records and emails in any audit conducted by Oracle to enable Oracle to determine whether Defendants have complied with the terms of this Stipulated Judgment.

    vii.    They shall provide a copy of this Stipulated Judgment to all of Defendants' personnel.  They shall take appropriate disciplinary action against known violators of the restrictions regarding the Software and Support Materials set forth in this Stipulated Judgment.

3.    As between Oracle, on the one hand, and Defendants, on the other, each shall bear its own costs and attorneys' fees, except as specified in paragraph 5 below.

4.    Oracle and Defendants waive any rights to appeal this Stipulated Judgment.

5.    The Court retains jurisdiction over any action to enforce this Stipulated Judgment. In any such action, the prevailing party shall be entitled to reasonable attorneys' fees and costs.  Oracle and Defendants request that in any future action to enforce or resolve any disputes relating to this Stipulated Judgment, the Court refer the matter to the Hon. Jon S. Tigar for all purposes provided he is available.

6.    This Stipulated Judgment adjudicates all claims in this litigation, and is a final judgment.

4

1

2

3     Dated: March 13, 2017                    MORGAN, LEWIS & BOCKIUS LLP
                                               Thomas S. Hixson
4                                              Spencer H. Wan

5
                                               By: /s/ Thomas S. Hixson
6                                                   Thomas S. Hixson
                                                    Attorneys for Plaintiffs
7                                                   Oracle America, Inc. and Oracle
                                                    International Corporation
8

9     Dated: March 13, 2017                    LANDAU GOTTFRIED & BERGER LLP
                                               Peter M. Bransten
10

11
                                               By: /s/ Peter Bransten
12                                                  Peter Bransten
                                                    Attorneys for Defendants Bernd Appleby,
13                                                  James Olding, TUSA Inc., Ermine IP, Inc.,
                                                    And Ermine Services, LLC
14

15    Dated: March 13, 2017                    HOPKINS & CARLEY
                                               Monique D. Jewett-Brewster
16

17
                                               By: /s/ Monique D. Jewett-Brewster
18                                                  Monique D. Jewett-Brewster
                                                    Attorneys for Defendant
19                                                  Terix Computer Company, Inc.

20    IT IS SO ORDERED.

21

22    DATED:  March 13, 2017

23

24                                             _____
                                               Hon. Jon S. Tigar
25                                             United States District Judge

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Thomas S. Hixson, am counsel for Oracle America, Inc. and Oracle International Corporation.  I am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.


Dated: March 13, 2017                                 MORGAN, LEWIS & BOCKIUS LLP

                                                                    By:  /s/ Thomas Hixson
                                                                    Thomas S. Hixson
                                                                    Attorneys for Plaintiffs
                                                                    Oracle America, Inc. and Oracle International
                                                                    Corporation

DB2/ 31134090.4